156 A.3d 176

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ALFRED R. BISHOP, DEFENDANT–PETITIONER.

November 9, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003528–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.